Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  19−21317−VFP
           Chapter:  13
           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Celia Marie Zelinski
   50 Meriden Road
   Rockaway, NJ 07866

Social Security No.:
   xxx−xx−8924

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:                8/1/19
Time:               08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 26, 2019
JAN: dlr

                                      Jeanne Naughton
                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-21317-VFP
Celia Marie Zelinski                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin             Page 1 of 1              Date Rcvd: Jun 26, 2019
                              Form ID: 132            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db          +Celia Marie Zelinski,   50 Meriden Road,   Rockaway, NJ 07866-1307
518286322    Bank Of America,   Attn: Bankruptcy,   Nc4-105-03-14 Pob 26012,   Greensboro, NC 27410
518286323   +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
518286328   +KML Law Group, P.C.,   701 Market St Suite 5000,   Philadelphia, PA 19106-1541
518286327   +Kia Motors Finance,   Attn: Bankruptcy,   Po Box 20825,   Fountain Valley, CA 92728-0825
518286330   +Quality Asset Recovery,   Attn: Bankruptcy,   Po Box 239,   Gibbsboro, NJ 08026-0239
518286331   +Santander Bank,   Mail Code: MA1-MB3-01-21,   2 Morrissey Boulevard,   Boston, MA 02125-3312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2019 00:28:35     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2019 00:28:32     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2019 00:21:15
              Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
518286321     E-mail/Text: ebn@americollect.com Jun 27 2019 00:28:41     Americollect,   Po Box 1566,
              1851 South Alverno Road,   Manitowoc, WI 54221
518286324    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2019 00:21:25     Capital One,
              Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518286325     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 27 2019 00:28:10     Comenitybank/New York,
              Attn: Bankruptcy,   Po Box 18215,   Columbus, OH 43218
518286326    +E-mail/Text: bankruptcy.bnc@ditech.com Jun 27 2019 00:28:05     Ditech,   Attn: Bankruptcy,
              Po Box 6172,   Rapid City, SD 57709-6172
518286329    +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2019 00:22:29
              LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
              Greenville, SC 29603-0497
518289467    +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2019 00:21:15     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518286332    +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2019 00:21:58     Synchrony Bank/Care Credit,
              Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
          Jeremias E Batista    on behalf of Debtor Celia Marie Zelinski jeremiasbatista@gmail.com,
           G26967@notify.cincompass.com;neidy.fuentes@gmail.com;kelly@totalbankruptcysolution.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4