Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                 Case No.:  19−21317−VFP
                                                 Chapter:  13
                                                 Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Celia Marie Zelinski
   50 Meriden Road
   Rockaway, NJ 07866

Social Security No.:
   xxx−xx−8924

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/23/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 23, 2019
JAN: mcp

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 19-21317-VFP
Celia Marie Zelinski                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                 Page 1 of 2                Date Rcvd: Oct 23, 2019
                                Form ID: 148                Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.
```
db              +Celia Marie Zelinski,    50 Meriden Road,    Rockaway, NJ 07866-1307
518286322        Bank Of America,    Attn: Bankruptcy,    Nc4-105-03-14 Pob 26012,    Greensboro, NC 27410
518407149        Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
518373048       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
518286328       +KML Law Group, P.C.,    701 Market St Suite 5000,    Philadelphia, PA 19106-1541
518286330       +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
518286331       +Santander Bank,    Mail Code: MA1-MB3-01-21,    2 Morrissey Boulevard,    Boston, MA 02125-3312
518368175       +Santander Bank, N.A.,    450 Penn Street, Mail Code 10-421-MC3,    Reading, PA 19602-1011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2019 00:21:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2019 00:21:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Oct 24 2019 03:33:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518286321        E-mail/Text: ebn@americollect.com Oct 24 2019 00:21:19      Americollect,    Po Box 1566,
                 1851 South Alverno Road,    Manitowoc, WI 54221
518286323       +EDI: TSYS2.COM Oct 24 2019 03:33:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
518286324       +EDI: CAPITALONE.COM Oct 24 2019 03:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518345775       +EDI: AIS.COM Oct 24 2019 03:33:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518286325        EDI: WFNNB.COM Oct 24 2019 03:33:00      Comenitybank/New York,    Attn: Bankruptcy,
                 Po Box 18215,    Columbus, OH 43218
518286326       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 24 2019 00:20:31      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
518286327       +EDI: FORD.COM Oct 24 2019 03:33:00      Kia Motors Finance,    Attn: Bankruptcy,    Po Box 20825,
                 Fountain Valley, CA 92728-0825
518400160        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2019 00:17:01      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518286329       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2019 00:14:44
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
518385524        EDI: PRA.COM Oct 24 2019 03:33:00      Portfolio Recovery Associates, LLC,    C/O synchrony Bank,
                 POB 41067,    Norfolk VA 23541
518405570        EDI: PRA.COM Oct 24 2019 03:33:00      Portfolio Recovery Associates, LLC,
                 c/o Aadvantage Aviator Red,    POB 41067,    Norfolk VA 23541
518289467       +EDI: RMSC.COM Oct 24 2019 03:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518286332       +EDI: RMSC.COM Oct 24 2019 03:33:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
518394482       +EDI: AIS.COM Oct 24 2019 03:33:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 17
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                     Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 23, 2019
                              Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeremias E Batista    on behalf of Debtor Celia Marie Zelinski jeremiasbatista@gmail.com,
               g26967@notify.cincompass.com;neidy.fuentes@gmail.com;kelly@totalbankruptcysolution.com;r51704@not
               ify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```